**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| Denis Tkachev, | : |
|        Petitioner, | : |
| | : |
|        v. | :    No. 2:26-cv-2372 |
| | : |
| ICE Philadelphia FOD BRIAN MCSHANE, | : |
| *Field Office Director of Enforcement and* | : |
| *Removal Operations, Philadelphia Field* | : |
| *Office, Immigration and Customs* | : |
| *Enforcement, et al.,* | : |
|        Respondents. | : |

---

## O R D E R

**AND NOW,** this 29th day of April, 2026, upon consideration of the Petition for Writ of

Habeas Corpus pursuant to 28 U.S.C. § 2241, *see* ECF No. 1; the Government's Response in

Opposition and exhibits, which show that when ICE arrested Tkachev on April 9, 2026, there was

an active INTERPOL warrant for him from Russia for drug charges, *see* ECF Nos. 6-7; and

Petitioner's Reply, *see* ECF No. 10; **IT IS ORDERED THAT**:

**On or before May 4, 2026**, the parties shall file supplemental information regarding:

1.     The status of the INTERPOL warrant;

2.     The impact, if any, of the INTERPOL warrant on Petitioner's detention status; and

3.     The impact, if any, of the INTERPOL warrant on bail for Petitioner.[1]

 

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1]     The Court is aware of the parties' arguments regarding mandatory detention under 8 U.S.C. § 1225(b)(2) and does not want supplemental briefing on § 1225(b)(2); rather, the supplements should address whether there are any other provisions impacting detention and/or bail that apply to Tkachev based on the INTERPOL warrant.