**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Denis Tkachev, | : | |
|     Petitioner, | : | |
| | : | |
|   v. | : | No. 2:26-cv-2372 |
| | : | |
| ICE Philadelphia FOD BRIAN MCSHANE, | : | |
| *Field Office Director of Enforcement and* | : | |
| *Removal Operations, Philadelphia Field* | : | |
| *Office, Immigration and Customs* | : | |
| *Enforcement, et al.,* | : | |
|     Respondents. | : | |

**O R D E R**

  **AND NOW,** this 1st day of July, 2026, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

  1.  Petitioner's Motion to Enforce, ECF No. 16, is **DISMISSED**.

  2.  The above-captioned action remains **CLOSED**.

            BY THE COURT:


            */s/ Joseph F. Leeson, Jr.*
            JOSEPH F. LEESON, JR.
            United States District Judge